UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

AVTAR SINGH,

                    Petitioner,            26-cv-01041 (JGK)

      - against -                 ORDER

LAWRENCE CATLETTI, ET AL.,
                    Respondents.

———————————————————————————

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference held on February 9, 2026, the parties shall submit a joint letter by **February 10, 2026, at 6:00 p.m.,** setting forth the proposed next steps in this action and each party's position.

SO ORDERED.
Dated:    New York, New York
          February 9, 2026

                                _____
                                   John G. Koeltl
                        United States District Judge