Case 1:26-cv-01041-JGK   Document 7   Filed 02/10/26   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVTAR SINGH, | |
| Petitioner, | No. 26 Civ. 1041 (JGK) |
| - against - | STIPULATION AND [PROPOSED] ORDER |
| LAWRENCE CATLETTI, *et al.*, | |
| Respondents. | |

WHEREAS, petitioner Avtar Singh ("Mr. Singh") brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an order from this Court requiring that he be released or given a bond hearing;

WHEREAS, in October 2021, Mr. Singh entered the United States without inspection, after which he was arrested by U.S. Customs and Border Protection, and eventually released with conditions;

WHEREAS, on June 17, 2025, ICE arrested and detained Mr. Singh pending completion of removal proceedings;

WHEREAS, on February 6, 2026, Mr. Singh filed a habeas petition in this Court seeking an order from the Court requiring that he be immediately released or given a bond hearing; and

WHEREAS, based on the specific facts and circumstances of this case, and without conceding the merits of the case, and without waiver or prejudice to the government's ability to defend its detention authority in other similar or dissimilar cases, and in the interests of preserving party and judicial resources and expediting the resolution of this case, the government has agreed to provide Mr. Singh with an individualized bond hearing; therefore

Case 1:26-cv-01041-JGK   Document 7   Filed 02/10/26   Page 2 of 3

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

1. This action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

2. The government shall, within 7 days of the date of the entry of the Court's so-ordering of this stipulation on the docket, provide Mr. Singh with an individualized bond hearing before an immigration judge at which ICE bears the burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk. At that hearing, the immigration judge must consider alternative conditions of release with respect to both dangerousness and risk of flight. If the immigration judge sets a monetary bond, he or she must consider Mr. Singh's ability to pay in determining the appropriate bond amount.

3. The immigration judge, and the Board of Immigration Appeals (if any appeal is taken), must conduct an individualized assessment under the standard set forth in the preceding paragraph and shall not deny bond based on lack of jurisdiction, whether under *Matter of Yajure Hurtado*, 29 I. & N. 216 (BIA 2015), *Matter of Q. Li*, 29 I. & N. Dec. 66 (BIA 2015), or any other basis.

4. The government has agreed to take these actions based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a concession of any rights or arguments by the government or by the petitioner; nor shall it be construed to require the government to provide a bond hearing to any other noncitizen in similar or dissimilar circumstances, or to make any agreements similar

to those made here, and this agreement shall in no way be used to undermine the government's litigation position in any other case.

5. The Court shall retain jurisdiction to enforce compliance with this stipulation and order.

New York, New York
February 10, 2026

New York, New York
February 10, 2026

EDWARD J. CUCCIA, PC
*Attorney for Petitioner*


Edward J. Cuccia, Esq.
195 Centre Street, 2nd Floor
New York, New York 10013
Tel.   (212) 966-7775

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*


Brandon M. Waterman, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2743

SO ORDERED:


HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

*The Clerk is respectfully requested to close this case.*

*So ordered.*

*2/10/26.   USDJ.*

26 Civ. 1041 (JGK)